UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BE LABS INC., <br><br>    **Plaintiff** <br><br>v. <br><br>ACCTON TECHNOLOGY CORPORATION, <br><br>    **Defendant** | Case No. 6:20-cv-01149-ADA <br><br> **JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff BE Labs Inc. ("Plaintiff") and Defendant Accton Technology Corporation ("Defendant") and hereby provide the following status report in advance of the Case Management Conference ("CMC").

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on December 16, 2020 [Dkt. 1]. There have been no extensions to file an answer or otherwise respond to Plaintiff's Complaint.

## RESPONSE TO THE COMPLAINT

Defendant filed Answer to Complaint on March 22, 2021 [Dkt. 10].

## PENDING MOTIONS

There are no pending motions.

## RELATED CASES IN THIS JUDICIAL DISTRICT

The following cases are related, in that they all involve the Plaintiff and the same and/or similar patents.

- *BE Labs, Inc. v. ASUSTeK Computer Inc.,* Case No. 6-20-cv-00629-ADA (W.D. Tex.) (filed July 13, 2020).

- *BE Labs, Inc. v. TP-Link Technology Co., Ltd.*, Case No. 6-20-cv-01150 (W.D. Tex.) (filed December 16, 2020).

- *BE Labs, Inc. v. Sercomm Corporation,* Case No. 6-21-cv-00072 (W.D. Tex.) (filed January 25, 2021).

- *BE Labs, Inc. v. Arista Networks, Inc.,* Case No. 6-21-cv-00219 (W.D. Tex.) (filed March 8, 2021).

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted two patents and two claims against Defendant. Plaintiff has not served its Preliminary Infringement Contentions.

## APPOINTMENT OF TECHNICAL ADVISOR

The parties do not request a technical adviser to be appointed to the case to assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred. The parties have no pre-Markman issues to raise at the CMC.

Dated: March 29, 2021            Respectfully submitted,

                                 s/ Isaac Rabicoff
                                 Isaac Rabicoff

Rabicoff Law LLC
5680 King Centre Dr, Suite 645
Alexandria, VA 22315
773-669-4590
isaac@rabilaw.com

**Counsel for Plaintiff
BE Labs Inc.**


s/
William E. Davis , III
The Davis Firm, PC
213 N. Fredonia Street, Suite 230
Longview, TX 75601
903-230-9090
Email: bdavis@davisfirm.com

**Counsel for Defendant
Accton Technology Corporation**